IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

BRENDA K. DANIELS, :

    Plaintiff, :

                             Case No. 3:14cv00377

                        :

vs.                            District Judge Walter Herbert Rice
                        :   Chief Magistrate Judge Sharon L. Ovington

CAROLYN W. COLVIN,
Acting Commissioner of the Social : 
Security Administration,

                        :

    Defendant.

                        :

## DECISION AND ENTRY

    The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #12), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

    It is therefore **ORDERED** that:

    1.    The Report and Recommendations filed on June 9, 2015 (Doc. #12) is ADOPTED in full.

    2.    The parties' Joint Motion to Remand (Doc. #11) is GRANTED.

    3.    The Clerk of Court is directed to enter Judgment in favor of Plaintiff and

   against Defendant, reversing Defendant's final decision and remanding this matter to the Social Security Administration pursuant to sentence four of 42 U.S.C. §405(g) for further proceedings consistent with this Decision and Entry and the Report and Recommendations.

4. The case is terminated on the docket of this Court.

                 _____
                 Walter Herbert Rice
                 United States District Judge